1
2
3
4
5
6

**Entered on Docket
December 31, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

7   PITE DUNCAN, LLP
    STEVEN W. PITE (NV Bar #008226)
8   EDDIE R. JIMENEZ (NV Bar #10376)
    JACQUE A. GRUBER (NV Bar #11385)
9   4375 Jutland Drive, Suite 200
    P.O. Box 17933
10  San Diego, CA 92177-0933
    Telephone: (702) 413-9692
11  Facsimile: (619) 590-1385
    E-mail:  ecfnvb@piteduncan.com

12  ABRAMS & TANKO, LLLP
    MICHELLE L. ABRAMS (NV Bar #005565)
13  3085 S. Jones Blvd., Suite C
    Las Vegas, NV 89146
14

15  Attorneys for   Secured Creditor THE BANK OF NEW YORK MELLON FORMERLY
                    KNOWN AS THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO
16                  JP MORGAN CHASE BANK, AS TRUSTEE

17              UNITED STATES BANKRUPTCY COURT

18                   DISTRICT OF NEVADA

19

20  In re                              Bankruptcy Case No. BK-S-09-28988-lbr
                                       Chapter 7
21  HOWARD STEVEN BAKER AND
    MARILYN THERESA BAKER,             THE BANK OF NEW YORK MELLON
22                                     FORMERLY KNOWN AS THE BANK OF
                Debtor(s).             NEW YORK AS SUCCESSOR TRUSTEE
23                                     TO JP MORGAN CHASE BANK, AS
                                       TRUSTEE'S ORDER TERMINATING
24                                     AUTOMATIC STAY
                                       Date:    December 1, 2009
25                                     Time:    1:00 P.M.

26  /././.

27  /././.

28  /././.

- 1 -

1    A hearing on Secured Creditor The Bank of New York Mellon formerly known as

2  The Bank of New York as successor Trustee to JP Morgan Chase Bank, as Trustee's Motion for

3  Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy

4  Court before the Honorable Linda B. Riegle.

5    The court having duly considered the papers and pleadings on file herein and

6  being fully advised thereon and finding cause therefor:

7    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

8    The automatic stay of 11 United States Code section 362 is hereby immediately

9  terminated as it applies to the enforcement by Movant of all of its rights in the real property

10  under the Note and Deed of Trust encumbering the real property commonly known as 8928

11  Rainbow Ridge Drive, Las Vegas, Nevada 89117 ("Real Property"), which is legally described

12

13  as:

14    LOT SIX (6) IN BLOCK THREE (3) OF
    FOOTHILLS COUNTRY CLUB UNIT NO. 1, AS
15    SHOWN BY MAP THEREOF ON FILE IN BOOK
    37 OF PLATS, PAGE 20, AND AS AMENDED
16    BY    CERTIFICATE    OF    AMENDMENT
    RECORDED NOVEMBER 2, 1988 IN BOOKO
17    881102 AS INSTRUMENT NO. 00753 IN THE
    OFFICE OF THE COUNTY RECORDER OF
18    CLARK COUNTY, NEVADA.
19

20    Upon the lift of stay on Debtor's real property a 5 day notice must be sent to the

21  debtor prior to the sale.

22  APPROVED/DISAPPROVED

23  _____

24  WILLIAM A. LEONARD
    TRUSTEE
25

26  /././

27  /././

28  /././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐　　The court has waived the requirement of approval under LR 9021.

☐　　No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒　　I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐　　Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☐　　Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☒　　Failed to respond. - Trustee

###

Submitted by:

/s/ Jacque A. Gruber
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(702) 413-9692
NV Bar #11385
Attorney for THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JP MORGAN CHASE BANK, AS TRUSTEE

- 3 -